**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

**ANTHONY DAVIS,**

      **Plaintiff,**

**v.**                                                         **No.: 1:12-cv-01225**

**WEST-TENN EXPRESS, INC.**                   **JURY TRIAL**

      **Defendant.**

**NOTICE OF VOLUNTARY DISMISSAL**

COMES THE PLAINTIFF, Anthony Davis, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and dismisses this action voluntarily and without prejudice.  Plaintiff shows unto the Court that neither an Answer nor Motion for Summary Judgment has been filed in the present action.

Respectfully submitted this 28th day of February, 2013.

Respectfully submitted,

GILBERT RUSSELL McWHERTER, PLC


*s/Justin S. Gilbert*
JUSTIN S. GILBERT (017079)
JONATHAN L. BOBBITT (23515)
JESSICA F. SALONUS (28158)
101 North Highland Ave
Jackson, TN 38301
Telephone: 731-664-1340
Facsimile: 731-664-1540
jgilbert@gilbertfirm.com
jbobbitt@gilbertfirm.com
jsalonus@gilbertfirm.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed electronically via the Court's electronic filing system, to all counsel of record on this the 28th day of February, 2013.


*/s/ Justin S. Gilbert*

2